IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DELIA I. FELIPA** : | **CIVIL ACTION** |
| Plaintiff, : | |
| : | |
| v. : | No. 10-3151 |
| : | |
| **MICHAEL J. ASTRUE** : | |
| Defendant. : | |

# ORDER

**AND NOW**, this 26th day of September, 2011, upon consideration of Plaintiff's "Brief and Statement of Issues" and Defendant Commissioner's "Response to Request for Review of Plaintiff," and after review of the Report and Recommendation[1] of United States Magistrate Judge L. Felipe Restrepo, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The final decision of the Commissioner of Social Security is **AFFIRMED**;

3. The Clerk of Court is directed to mark this matter as closed.

BY THE COURT:

/s/ Mitchell S. Goldberg

**Mitchell S. Goldberg**

---

[1] No objections to the Report and Recommendation were filed.